**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STANLEY CLIFF SMITH, | : | |
| Petitioner, | : | Civ. No. 20-202 (GC) |
| v. | : | |
| ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

**CASTNER, District Judge**

Petitioner, Stanley Cliff Smith ("Petitioner" or "Smith"), is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (*See* ECF 3). On January 17, 2023, this matter was reassigned to the undersigned. (*See* ECF 27). Respondent opposes Petitioner's habeas petition and provides this Court with numerous exhibits in support of its opposition.

Upon examining the record provided by Respondent in opposition to Petitioner's habeas petition, this Court concludes that it is incomplete. Respondent shall provide this Court with the following additional state court records:

1. Petitioner's amended counseled post-conviction relief ("PCR") petition brief and accompanying exhibits including the certifications of Petitioner, Pelinka Jones, Shante Ford, Darryl Smith and Jerome Roberts filed on or around December 1, 2015 in the New Jersey Superior Court; and

2. Page 14 of the New Jersey Superior Court's opinion denying Petitioner's PCR petition dated September 6, 2016 as it was not included in the copy of the opinion provided to this Court by Respondent (*See* ECF 17-6 at 14-15).

Respondent shall be ordered to supply this Court with these records within ten (10) days of the date of this Memorandum and Order.

Accordingly, IT IS on this 25th day of April, 2023,

ORDERED that Respondent shall file: (1) Petitioner's amended counseled PCR petition brief and accompanying exhibits including the certifications of Petitioner, Pelinka Jones, Shante Ford, Darryl Smith and Jerome Roberts filed on or around December 1, 2015 in the New Jersey Superior Court; and (2) Page 14 of the New Jersey Superior Court's opinion denying Petitioner's PCR petition dated September 6, 2016, within ten (10) days of the date of this Memorandum and Order; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Petitioner by regular U.S. mail.

/s/ *Georgette Castner*
GEORGETTE CASTNER
United States District Judge